IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00719-GPG

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

SEAN McNEELY,
DEPUTY GREIN,
DEPUTY O. VALDEZ,
MEDICAL NURSE BETH TOPOU,
DEPUTY BRIAN GONZALES,
MEDICAL NURSE SANDRA DURAN,
MEDICAL NURSE ADAM, and
MEDICAL NURSE JENNIFER SCOTT,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Lamar Delray Davis currently is detained at the Pueblo County Detention Center in Pueblo, Colorado. Plaintiff initiated this action by filing *pro se* a partially completed Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on April 8, 2015, Magistrate Judge Gordon P. Gallagher told Plaintiff that if he intends to pursue an action he must cure certain deficiencies. Specifically, Magistrate Judge Gallagher directed Plaintiff to file his claims on a complete proper Court-approved Prisoner Complaint form and to submit a § 1915 form that is complete and properly authorizes that withdrawal of funds from his account for payment of the filing fee by the agency holding him in custody.

Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. The thirty

days now has run; and Plaintiff has not communicated with the court. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the April 8, 2015 Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied.

DATED at Denver, Colorado, this  15th  day of   May  , 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court